SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
PHILIP F. ATKINS-PATTENSON, Cal. Bar. No. 94901
Four Embarcadero Center, Seventeenth Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E-mail: patkinspattenson@sheppardmullin.com

Attorneys for Defendant
ALASKA AIRLINES, INC.

FILED
08 JUL 24 PM 3:41
RICHARD W. WIEKING
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDL

| | |
|---|---|
| KENNETH DON NELSON, suing individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALASKA AIRLINES, INC., and defendant Does 1 through 100, inclusive. <br><br> Defendants. | Case No. CV 08 3560 <br><br> CERTIFICATE OF SERVICE |

<u>PROOF OF SERVICE</u>

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **July 24, 2008**, I served the following document(s) described as

1. **CIVIL COVER SHEET;**

2. **JOINT NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441, 1446 and 1331 (FEDERAL QUESTION); and**

3. **CERTIFICATE OF SERVICE.**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Henry H. Rossbacher
James S. Cahill
Talin K. Tenley
THE ROSSBACHER FIRM
811 Wilshire Blvd., Suite 1650
Los Angeles, CA 90017-2666
*Attorneys for Plaintiff*
KENNETH DON NELSON
Telephone:  (213) 895-6500
Facsimile:  (213) 895-6161
E-Mail:  h.rossbacher@rossbacherlaw.com
         j.cahill@rossbacherlaw.com
         t.tenley@rossbacherlaw.com

[x] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

[ ] **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

1  ☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

2

3  ☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4

5  Executed on **July 24, 2008**, at San Francisco, California.

*[Signature: Lisa P. Ng]*

Lisa P. Ng