SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
PHILIP F. ATKINS-PATTENSON, Cal. Bar. No. 94901
Four Embarcadero Center, Seventeenth Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E-mail: patkinspattenson@sheppardmullin.com

Attorneys for Defendant
ALASKA AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| KENNETH DON NELSON, suing individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC., and defendant Does 1 through 100, inclusive.<br><br>Defendants. | Case No. C 08-03560 EDL<br><br>**DISCLOSURE STATEMENT** |

Alaska Airlines, Inc. ("Alaska") is a commercial airline and a wholly owned subsidiary of Alaska Air Group, Inc. To the best of our knowledge no publicly traded corporation owns more than 10 percent of Alaska Air Group, Inc.

Dated: July 25, 2008

                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By     */s/ Philip F. Atkins-Pattenson*
                         PHILIP F. ATKINS-PATTENSON
                            Attorneys for Defendant
                            ALASKA AIRLINES, INC.