UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DON NELSON, individually and on behalf of all others similarly situated.<br><br>Plaintiff(s),<br><br>v.<br><br>ALASKA AIRLINES, INC., and DOES 1 through100, inclusive.<br><br>Defendant(s)._____/ | No. C 08-03560 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 31, 2008

Signature: /s/

Counsel for Plaintiff, Kenneth Don Nelson
(Plaintiff, Defendant, or indicate "pro se")

# UNITED STATES DISTRICT COURT,
# NORTHERN DISTRICT OF CALIFORNIA

**CASE NAME: KENNETH DON NELSON v. ALASKA AIRLINES INC.**

**CASE NUMBER: CV08-03560 EDL**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 811 Wilshire Blvd., Ste. 1650, Los Angeles, California 90017-2666.

On August 1, 2008, I served the following document on the parties in this action listed below in the manner designated below:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

| |
|---|
| Philip F. Atkins-Pattenson, Esq.<br>SHEPPARD, MULLIN, RICHTER<br>& HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>patkinspattenson@sheppardmullin.com<br><br>Attorneys for Defendants |

**BY NOTICE OF ELECTRONIC FILING.** The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 1, 2008, at Los Angeles, California

*/s/ Maricela Ruiz*
Maricela Ruiz