UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Kenneth Don Nelson,                       No. C 08-3560 EDL

    Plaintiff(s).
    v.                          NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

Alaska Airlines, Inc., et al.,
    Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set for **October 28, 2008** at **10:00 a.m.** at is hereby **VACATED**. Defendant's Motion to Dismiss set for **September 9, 2008** at **9:00 a.m.** is hereby **VACATED**.

Dated: August 4, 2008

                                    Richard W. Wieking, Clerk
                                    United States District Court

                                    *Lashanda Scott*
                                    _____
                                    By: Lashanda Scott - Deputy Clerk

reassign.DCT